**Motion Denied and Order filed November 14, 2019.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-19-00035-CR
_____

**JERMAINE RODRICK BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1575380**

## ORDER

Appellant is represented by appointed counsel, Juan Contreras. Appellant's brief was originally due July 22, 2019. We have granted more than 90 days of extension of time to file appellant's brief. Appellant's brief was most recently due on October 23, 2019. We notified him on October 25, 2019 that no brief had been received.

On November 4, 2019, counsel filed a further request for extension of another 30 days to file appellant's brief. We deny the request for extension and issue the following order.

We order Juan Contreras to file a brief with the clerk of this court on or before **<u>December 13, 2019</u>**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.